# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| NIKY RAZCON, | Case No. 4:19-bk-14512-BMW |
| Debtor. | **ORDER TO SHOW CAUSE** |

On August 4, 2020, the Court held a status hearing on this case. Appearances were made by John Yohe, of Zolman Law, as counsel for the Debtor; Craig Morris, as counsel for the Chapter 13 Trustee; and Elizabeth Amorosi, on behalf of the United States Trustee. Counsel for the Debtor and the Chapter 13 Trustee acknowledged that Zolman Law, specifically Alexander Zolfaghari or someone at the direction of Alexander Zolfaghari, had lodged a proposed stipulated order of confirmation (the "Proposed SOC"), a copy of which is attached to the notice of lodging at Dkt. 36, that purported to bear the signature of the Chapter 13 Trustee. Counsel for the Chapter 13 Trustee represented that such signature was not the signature of the Chapter 13 Trustee, and that the Chapter 13 Trustee had not authorized anyone to sign the Proposed SOC on her behalf.

**IT IS THEREFORE ORDERED** that Alexander Zolfaghari shall appear by videoconference through the Zoom platform before this Court **on September 30, 2020 at 10:00 a.m.** (the "Videoconference Hearing") to explain his conduct regarding the foregoing, and to show cause as to why he should not be sanctioned for what appears to be forgery of the Chapter 13 Trustee's signature on the Proposed SOC and submission of the same to this Court. Sanctions for such conduct may include, but are not limited to, fines, disgorgement of fees,

and/or prohibition from practicing before the United States Bankruptcy Court for the District of Arizona.

Videoconference Hearing Guidelines, which have been implemented by the Court and will be applicable to this Videoconference Hearing, are located on the Court's website at the following link: http://azb.uscourts.gov/sites/default/files/videoconferenceguidelines.pdf.

**Participants may click on the following link to attend the hearing:** Videoconference Hearing

**Alternatively, the required access information for the Videoconference Hearing, via https://www.zoomgov.com, is as follows:**

Hearing ID: 161 079 9369

Password: 288231

**DATED AND SIGNED ABOVE.**

Notice to be sent through the Bankruptcy Noticing Center ("BNC") to the following:

Alexander Zolfaghari
Zolman Law
455 N Mesa Dr, Ste 5
Mesa, AZ 85201

Niky Razcon
715 W Desert Hills Dr
San Tan Valley, AZ 85143

Notice of Electronic Filing to be sent via email, through the CM/ECF System, to all registered users.