# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | NIKY RAZCON |
| **Case Number:** | 4:19-BK-14512-BMW    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, AUGUST 04, 2020 10:45 AM   TELEPHONIC HRGS |
| **Bankruptcy Judge:** | BRENDA M. WHINERY |
| **Courtroom Clerk:** | REBECCA VOLZ |
| **Reporter / ECR:** | KATIE HENDERSON |

## Matter:

CHAPTER 13 TRUSTEE'S LODGED DISMISSAL ORDER (SET ON THE COURT'S OWN MOTION)

**R / M #:**   38 / 0

## Appearances:

JOHN YOHE, REPRESENTING NIKY RAZCON AND APPEARING BY TELEPHONE
CRAIG MORRIS, REPRESENTING THE CHAPTER 13 TRUSTEE AND APPEARING BY TELEPHONE
ELIZABETH AMOROSI, REPRESENTING THE U.S. TRUSTEE AND APPEARING BY TELEPHONE

## Proceedings:

Mr. Yohe reports that he recently joined the firm and noticed that this case needed immediate attention. He followed the trustee's recommendations and also asked that the trustee begin making adequate protection payments in July. The Schedules have been amended. A proposed stipulated confirmation order was submitted to the trustee on July 21, 2020.

Mr. Morris reports that the proposed order has been submitted but it has not been reviewed yet. The request for adequate protection payments has been received. Debtor's counsel uploaded a confirmation order back in May and things went awry, but the proper procedure is now being followed.

The Court asks about the previously uploaded confirmation order. Mr. Zolfaghari filed a Notice of Lodging and uploaded a confirmation order at docket entry 36. The order was flagged because it appeared abnormal. Has the trustee reviewed that order?

Mr. Morris reports that Ms. Kerns did review that order and immediately contacted Mr. Zolfaghari. That order was not signed by the Ms. Kerns and Mr. Zolfaghari has assured Ms. Kerns that it will not happen again.

COURT: AN ORDER TO SHOW CAUSE WILL BE ISSUED AGAINST MR. ZOLFAGHARI. MR. ZOLFAGHARI IS TO APPEAR BEFORE THIS COURT AND ADDRESS WHY HE SIGNED THE TRUSTEE'S SIGNATURE AND WHY HE SHOULD NOT BE SANCTIONED APPROPRIATELY.